AO 245D (Rev. 09/08) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN District of ARKANSAS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| RONALD LEE WEBB | Case Number: 2:04CR20039-001 |
| | USM Number: 06283-010 |
| | Jack Schisler |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) Two (2) New Law Violations of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| New Law Violation | Convicted of One Hot Check Charge in Washington County, AR on 07/24/2008 | 07/24/2008 |
| New Law Violation | Arrested in Prairie Grove, AR on 02/12/2010 for DWI, Possession or Use of Drug Paraphernalia, and Driving on a Suspended License | 02/12/2010 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-9808

Defendant's Date of Birth: XX/XX/1969

Defendant's Residence Address:
XXXXXXXXXXXXX

Defendant's Mailing Address:

July 12, 2010
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, United States District Judge
Name and Title of Judge

July 13, 2010
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 16 2010

CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK


AO 245B   (Rev. 3/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment    Page    2    of    7

DEFENDANT:       RONALD LEE WEBB
CASE NUMBER:     2:04CR20039-001

## IMPRISONMENT

**X**   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twelve (12)** months plus one (1) day with credit for time served from April 1, 2010.
No supervision will follow term of imprisonment.

☐   The court makes the following recommendations to the Bureau of Prisons:

**X**   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: RONALD LEE WEBB
CASE NUMBER: 2:04CR20039-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part A.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ -0- | $ 1,000.00 | $ 3,672.68* |

*Balance owed on original restitution is $3,197.68

☐ The determination of restitution is deferred _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Harps - Attn: Tina Mathis<br>P. O. Box 48<br>Springdale, AR 72765<br>Re: Restitution Ray & Becky | | $50.56 | |
| Tractor Supply<br>2312 West Sixth Street<br>Fayetteville, AR 72701<br>Attn: Doug Calhoun<br>Re: Restitution Ray & Becky<br>(Check) | | $178.79 | |
| **TOTALS** | $ _____ | $ 3,672.68 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    X the interest requirement is waived for    X fine and/or restitution.

    ☐ the interest requirement for    ☐ fine and/or    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment - Page 4 of 7

DEFENDANT: RONALD LEE WEBB
CASE NUMBER: 2:04CR20039-001

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| K-Mart Check Recovery<br>P. O. Box 8130<br>Palatine, IL 60078<br>Re: Restitution Ray & Becky Drummond<br>Reference No.: 68243815 | | $155.94 | |
| Shoe Carnival<br>8233 Baumgart Road<br>Evansville, IN 47725<br>Attn: Shawn Downs<br>Re: Restitution Ray & Becky Drummond | | $120.16 | |
| Auto Zone<br>123 South Front Street<br>Memphis, TN 38103-2607<br>Attn: Dave Stockton, Dept. 8191<br>Re: Restitution Ray & Becky Drummond | | $133.26 | |
| Pizza Hut<br>CRA<br>P. O. Box 67555<br>Harrisonburg, PA 17106<br>Attn: 07347755 | | $17.51 | |
| Check Alert<br>Re: Wendy's<br>P. O. Box 1039<br>North Little Rock, AR 72115<br>Attn: Linda Ford<br>Re: Restitution Ray & Becky Drummond | | $67.02 | |
| Check Law<br>Re: Wendy's<br>P. O. Box 1039<br>North Little Rock, AR 72115<br>Attn: Linda Ford<br>Re: Restitution Ray & Becky Drummond (Check # 5982 &) | | $11.44 | |
| O-Reilly Auto Parts Corporate Office<br>P. O. Box 1156<br>Springfield, MO 65801<br>Attn: Jan Burlison;   Re: NM893746 | | $58.69 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   (Rev 3/01) Judgment in a Criminal Case
          Sheet 5B — Criminal Monetary Penalties

Judgment—Page 5 of 7

DEFENDANT:       RONALD LEE WEBB
CASE NUMBER:     2:04CR20039-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Check Alert<br>Re: IGA<br>P. O. Box 95070<br>North Little Rock, AR 72190<br>Re: Restitution Ray & Becky Drummond | | $46.05 | |
| Check Alert<br>Re: White Oaks Station<br>P. O. Box 95070<br>North Little Rock, AR 72190 | | $57.39 | |
| Check Alert<br>Re: Taco Tico<br>P. O. Box 95070<br>North Little Rock, AR 72190<br>Re: Restitution Ray & Becky Drummond | | $34.77 | |
| Certegy/Sears<br>11601 Roservelt Blvd.<br>St. Petersburg, FL 33716<br>TA17 Attn: Linda Schweitzer | | $403.20 | |
| Wal-Mart<br>P. O. Box 1125<br>Lowell, AR 72745-1125<br>Attn: Ken Tisdell<br>Re: Restitution Ray & Becky Drummond | | $715.34 | |
| Wal-Mart 0359<br>P. O. Box 3919 Mall Avenue<br>Fayetteville, AR 72703<br>Attn: Cash Office<br>Re: Restitution Ray & Becky Drummond | | $237.25 | |
| Wal-Mart #16<br>2214 Fayetteville Road<br>Van Buren, AR 72956<br>Attn: Tina Woods<br>Re: Restitution Ray & Becky Drummond | | $307.16 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B  (Rev 3/01) Judgment in a Criminal Case
        Sheet 5B — Criminal Monetary Penalties

Judgment—Page 6 of 7

DEFENDANT: RONALD LEE WEBB
CASE NUMBER: 2:04CR20039-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Wal-Mart  Attn: Debbie<br>2425 South Zero Street<br>Fort Smith, AR 72901<br>Re: Restitution Ray & Becky Drummond | | $214.12 | |
| Wal-Mart  Attn: Becky Vaughn<br>2004 South Pleasant<br>Springdale, AR 72764<br>Re: Restitution Ray & Becky Drummond | | $178.50 | |
| Wal-Mart  Attn: Accounting Office<br>8301 Rogers Avenue<br>Ft. Smith, AR 72903<br>Re: Restitution Ray & Becky Drummond | | $194.72 | |
| Wal-Mart  Attn: Cash Office<br>2901 Hwy. 412 East<br>Siloam Springs, AR 72761<br>Re: Restitution Ray & Becky Drummond | | $110.44 | |
| Wal-Mart  Attn: Terry Evans<br>406 South Walton Blvd.<br>Bentonville, AR 72712<br>Re: Restitution Ray & Becky Drummond | | $273.06 | |
| Certegy/Office Depot<br>11601 Roosevelt Blvd.<br>TA17 Attn: Linda Schweitzer<br>St. Petersburg, Florida 33716 | | $107.31 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:       RONALD LEE WEBB
CASE NUMBER:     2:04CR20039-001

Judgment — Page __7__ of __7__

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    X    Lump sum payment of $ __4,197.68__ due immediately, balance due

          ☐ not later than _____ , or
          X in accordance with  ☐ C,  ☐ D, or  X E below; or

B    ☐    Payment to begin immediately (may be combined     ☐ C,     ☐ D, or     ☐ E below); or

C    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    X    Special instructions regarding the payment of criminal monetary penalties:

          If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not less than $25.00 quarterly, or 10% of the defendant's quarterly earnings, whichever is greater. After incarceration, any unpaid financial penalty shall become a special condition of supervised release and may be paid in monthly installments of not less than 10% of the defendant's net monthly household income, but in no case less than $200.00 per month, with the entire balance to be paid in full one month prior to the termination of supervised release.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

     Defendant Name, Case Number, and Joint and Several Amount:

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.